**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DESIGN BASICS, LLC,** | : | |
| **Plaintiff** | : | **No. 1:17-cv-00031** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **MTF ASSOCIATES, INC., <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

**<u>ORDER</u>**

**AND NOW**, on this 28th day of March 2019, upon consideration of Haubert

Construction, LLC d/b/a Fogarty Homes, Fogarty Homes, Inc., and Randall E. Haubert's (the

"Haubert Defendants") Motion for Leave to File Amended Answer and Affirmative Defenses

(Doc. No. 37), Defendants MTF Associates, Inc., Fogarty Homes, Inc., JF Development

Corporation, John Fogarty Custom Built Homes, Inc. d/b/a Distinctive Homes by Fogarty, and

John T. Fogarty's (the "Fogarty Defendants") Motion for Leave to File Amended Answer and

Affirmative Defenses (Doc. No. 41), and the Haubert Defendants' Motion to Compel (Doc. No.

39), **IT IS ORDERED THAT**:

1.  The Haubert Defendants' Motion for Leave to File Amended Answer and
    Affirmative Defenses (Doc. No. 37) is **DENIED**;

2.  The Fogarty Defendants' Motion for Leave to File Amended Answer and
    Affirmative Defenses (Doc. No. 41) is **DENIED**; and

3.  The Haubert Defendants' Motion to Compel (Doc. No. 39) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
